UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRET SHANNON,
    #1005753

    Plaintiff,

vs.

TONY BLACK,
    Defendant.

2:10-cv-01057-JCM-LRL

**ORDER**

        Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

        **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to

1  proceed *in forma pauperis* on the form provided by this Court. Plaintiff's failure to file an application
2  to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit
3  without prejudice.
4          DATED this 26th day of July, 2010.

                                                      /s/ Leavitt
                                         UNITED STATES MAGISTRATE JUDGE